UNITED STATES BANKRUPTCY COURT
Western District of New York

IN RE:

Ciambor, Nancy C                           Chapter 13
                                                Case No.: 06-03332

SSN XXX-XX-4953

## EVIDENCE OF TRANSFER & NOTICE OF TRANSFER OF CLAIM(S)
### (WITH NOTICE ATTACHED)

        Pursuant to Rule 3001(e), LCS Financial Services Corporation provides Notice of Transfer of Claim from EMC Mortgage to LCS Financial Services Corporation having Claim Number 14 and shows unto the Court the following:

1. The name and address of the transferor of the claim is:

    EMC Mortgage Corporation
    800 State Highway 121 Bypass
    Lewisville, TX 75067-4180

2. The name and address of the transferee is:

    LCS Financial Services Corporation
    6782 S. Potomac St. Ste. 100
    Centennial, CO 80112

3. The amount of the claim being transferred is:

    $ 37,235.12

4. The Proof of Claim has been filed by the transferor pursuant to 11 USC Section 502 (a).

5. The transfer of the claim is unconditional and other than for security.

This 10th day of November, 2011



                                    /s/ Rita Long
                                    Rita Long
                                    LCS Financial Services Corporation

UNITED STATES BANKRUPTCY COURT
Western District of New York

IN RE:

Ciambor, Nancy C
46 Tim Tam Terr West
Seneca,

Case No.: 06-03332
Chapter 13

_____Debtors_____

## NOTICE TO TRANSFEROR OF FILING OF TRANSFER OF CLAIM(S)

To: EMC Mortgage

Pursuant to Fed. R. Bankr. P. 3001(e)(1), you are hereby advised that a Transfer of Claim(s) has been filed in this Court by LCS Financial Services Corporation, regarding Claim Number(s) 14 filed by EMC Mortgage.

If an objection is not filed within 20 days of the mailing of this notice, the Transferee shall be substituted for the Transferor.

Dated on November 10, 2011

FOR THE COURT
United States Bankruptcy Court, Clerk of Court
Western District of New York
300 Pearl Street – Suite 250
Buffalo, NY 14202



6782 South Potomac Street
Suite 100
Centennial, CO 80112
866.662.9087

I hereby certify that I have mailed true and correct copies of the foregoing **Proof of Claim** via First Class United States Mail, postage prepaid to the following addresses on \_\_11/10/11\_\_.

*Shterroca Starks*
Shterroca Starks
LCS Financial Services

Attorney for Debtor:
Arthur G Baumeister, Jr.
1300 Main Place Tower
350 Main St.
Buffalo, NY 14202

United States Bankruptcy Court
Western District of New York
300 Pearl St. Ste.250
Buffalo, NY 14202

Trustee:
Joseph W Allen, II
Olympic Towers
300 Pearl St., Ste 401
Buffalo, NY 14202



FILED
NOV 1 8 2011
BANKRUPTCY COURT
BUFFALO, N.Y.