UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:   Case No.: 1−06−03332−CLB
Nancy C. Ciambor   Chapter: 11

   SSN: xxx−xx−1981
Debtor(s)

# NOTICE OF TRANSFER OF CLAIM FOR SECURITY BEFORE PROOF FILED

TO: LCS Financial Services Corporation
6782 S. Potomac St. Ste. 100
Centennial, CO 80112

A Proof of Claim and a statement setting forth the terms of a transfer of the claim have been filed in the clerk's office of this court on November 18, 2011 by the alleged transferee. Please take notice that as the alleged transferor, you have the right to join in the filed claim.

**Name & Address of Alleged Transferor:**
EMC Mortgage Corporation
800 State Highway 121 Bypass
Lewisville, TX 75067−4180

**Name & Address of Alleged Transferee:**
LCS Financial Services Corporation
6782 S. Potomac St. Ste. 100
Centennial, CO 80112

Date: November 18, 2011

Paul R. Warren
Clerk of Court

Form trcE3/Doc 198
www.nywb.uscourts.gov